*O. H. Smith* and *S. Yandes*, for the plaintiffs.

*J. Sullivan* and *D. D. Pratt*, for the defendants.

---

KINTNER and Others *v.* THE STATE on the Relation of SKELTON.

ERROR to the *Cass* Circuit Court.

SMITH, J.—This was an action of debt brought by *The State* on the relation of *Skelton*, school commissioner, against *Kintner, Heth, Coulson*, and others, on the official bond of *Kintner*, as former school commissioner, executed on the 3d of *March*, 1840.

The same errors are assigned as in the next preceding case, and the judgment must be affirmed for the reasons given in that case.

*Per Curiam.*—The judgment is affirmed, with 2 *per cent.* damages and costs.

*J. W. Wright, O. H. Smith,* and *S. Yandes,* for the plaintiffs.

*D. D. Pratt,* for the defendants.

